JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

COLTON BRYANT,

Plaintiff,

v.

STARBUCKS CORPORATION, et al.,

Defendants.

Case No. 2:26-cv-06215-AB (DMKx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated: August 4, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE